**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-1730**

———————————

SHARON MAYHEW,

                              Plaintiff - Appellant,

        versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

                              Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Beth P. Gesner, Magistrate Judge.  (CA-99-
975-DKC)

———————————

Submitted:  October 24, 2000        Decided:  November 17, 2000

———————————

Before LUTTIG, MICHAEL, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Stephen F. Shea, WILLONER, CALABRESE & ROSEN, P.A., College Park,
Maryland, for Appellant.  Charlotte J. Hardnett, Acting General
Counsel, Frank V. Smith, III, Acting Principal Deputy General
Counsel, John M. Sacchetti, Associate General Counsel for Program
Litigation, Etzion Brand, Office of the General Counsel, SOCIAL
SECURITY ADMINISTRATION; Lynne A. Battaglia, United States Attor-
ney, Ariana Wright Arnold, Assistant United States Attorney, Balti-
more, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sharon Mayhew appeals the magistrate judge's order granting summary judgment to the Commissioner of Social Security on her claim for disability benefits.* Having reviewed the briefs and the administrative record, we find that substantial evidence supported the Administrative Law Judge's decision denying benefits. Accordingly, we affirm on the reasoning of the district court. See Mayhew v. Apfel, No. CA-99-975-DKC (D. Md. Mar. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1993 & Supp. 2000).